

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EMO TRANS, INC., | § | No. 08-20-00200-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| INMOBILIARIA AXIAL, S.A. de C.V., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV3980) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause to the trial court for severance and dismissal of the claims against Appellant. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF OCTOBER, 2022.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.